THE PEOPLE OF THE STATE OF NEW YORK V. RALPH POLIZZANO.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. JOHN GWYNN.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. RAYMOND DEEGAN.

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

(A) RINGLING BROS.- BARNUM & BAILEY COMBINED SHOWS, INC. v. ACME CIRCUS OPERATING COMPANY, INC. (B) CHARLES H. TENNEY, as Corporation Counsel of the City of New York v. LIBERTY NEWS DISTRIBUTORS, INC., et al. (C) In the Matter of the Estate of SAUL H. BOURNE, Deceased. MARY M. BOURNE, Appellant; MARY E. KEEDICK, Respondent. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ. (D) In the Matter of WILLIAM DOERRER v. PETER J. REIDY, as Commissioner. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ. (E) PEARL VOGEL v. ALEX VOGEL. Concur — Breitel, J. P., Valente, Stevens and Eager, JJ. (F) ROBERT CRANDALL v. MASTER-EAGLE PHOTOENGRAVING CORP. et al. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

(A) SYDNEY S. LEIDER v. BETH ISRAEL HOSPITAL ASSN., INC. (B) J. M. DEUTSCH, INC., et al. v. ROBERT PAPER CO. INC., et al. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ. (C) WESTINGHOUSE ELECTRIC CORPORATION v. JOSEPH H. LYONS et al. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ. (D) INTERNATIONAL FILM DISTRIBUTION ESTABLISHMENT v. PARAMOUNT PICTURES CORPORATION. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. (E) TERSILLA CERIA v. ALDO CERIA et al., as Executors. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.— [In each action] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs.

## July 13, 1961

THE PEOPLE OF THE STATE OF NEW YORK V. JOSEPH SCAROLA.—

Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. JOSEPH SCAROLA.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. ISRAEL ESPINOSA.—